

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Terry W. Bradley,

\* From the 350th District
of Taylor County,
Trial Court No. 09673-D.

Vs. No. 11-15-00247-CV

\* November 30, 2017

Darlene Shaffer, individually, and
Verlon Reid, Noleta Rice, and
S. Clinton Nix, Co-Trustees of the
W.S. Shaffer Family Trust,

\* Opinion by Bailey, J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Terry W. Bradley.